UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE URZUA, | ) | Case No. CV 04-10594-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that Judgment shall be entered in favor of defendant.


DATE:   August 15, 2006

                                    /s/ Rosalyn M. Chapman
                                    ROSALYN M. CHAPMAN
                                    UNITED STATES MAGISTRATE JUDGE

R&R-MDO\04-10594.jud
8/15/06